SUSIE WOOLF, Respondent, v. DANIEL WOOLF, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January term, 1925 (for which term the case is set down), and be ready for argument when

reached; otherwise, motion granted. Motion to hear the appeal on the original papers denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.